**Opinion issued May 7, 2013**



**In The**

# Court of Appeals

**For the**

# First District of Texas

———————

**NO. 01-13-00065-CR**

———————

**IN RE QUINCY DESHAN BUTLER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

# MEMORANDUM OPINION

Relator, Quincy Deshan Butler, filed a petition for writ of habeas corpus in the trial court, seeking a reduction in his bail amount. In his petition for writ of mandamus filed in this Court, he requests that we compel the trial court to hold a hearing on this writ.[1] Relator indicates that the trial court scheduled a bond

---

[1] The Honorable Albert M. McCraig, Jr., Judge of the 506th District Court of Waller County, Texas, Respondent. The underlying lawsuit is *State v. Butler*, No. 11-10-21129 (506th Dist. Ct., Waller County, Tex.).

reduction hearing for February 5, 2013. The trial court held a hearing on this date and reduced relator's bond to $20,000 and $25,000 on his two charges.

We dismiss the petition for writ of mandamus as moot.

## PER CURIAM

Panel consists of Justices Keyes, Sharp, and Huddle.

Do Not Publish. TEX. R. APP. P. 47.2(b).